| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Western District of Texas** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201

### Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **A&F USA Properties, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 4 7 8 3 6 9 4 | |
| **4. Debtor's address** | **Principal place of business** <br><br> **6622 Randolph Blvd** <br> Number   Street <br><br> **Live Oak, TX 78233-4220** <br> City                                    State      ZIP Code <br><br> **Bexar** <br> County | **Mailing address, if different from principal place of business** <br><br> Number   Street <br><br> City                                    State      ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> **621 Highway 146 South** <br> Number   Street <br><br> **La Porte, TX 77571** <br> City                                    State      ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor **A&F USA Properties, LLC**
Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor **SAR American Properties, LLC** Relationship **Affiliate**
  District **Western District of Texas** When **6/30/2025**
  MM / DD / YYYY
  Case number, if known **25-51470**

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page **2**

Debtor     **A&F USA Properties, LLC**                             Case number *(if known)*
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>   _____<br>   City                State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor **A&F USA Properties, LLC**     Case number *(if known)* _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/30/2025**
             MM/ DD/ YYYY

X **/s/ Alex Sinno**             **Alex Sinno**
Signature of authorized representative of debtor      Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ Ronald Smeberg**       Date **06/30/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Ronald Smeberg**
Printed name

**The Smeberg Law Firm**
Firm name

**4 Imperial Oaks**
Number     Street

**San Antonio**           **TX**     **78248-1609**
City                                   State     ZIP Code

**(210) 695-6684**        **ron@smeberg.com**
Contact phone                   Email address

**24033967**             **TX**
Bar number                         State

Fill in this information to identify the case:

Debtor name: **A&F USA Properties, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital Assist  323 Sunny Isles Blvd Ste 503  Sunny Isl Bch, FL 33160-4675 | | MCA Loan | | | | $100,000.00 |
| 2 | Dynasty Capital 26, LLC  9614 Metropolitan Ave  Forest Hills, NY 11375-6674 | | MCA Loan | | | | $100,000.00 |
| 3 | First Corporate Solutions  914 S St  Sacramento, CA 95811-7025 | | MCA Loan | | | | $100,000.00 |
| 4 | First Corporate Solutions  914 S St  Sacramento, CA 95811-7025 | | MCA Loan | | | | $100,000.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor **A&F USA Properties, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

Fill in this information to identify the case:

Debtor name __A&F USA Properties, LLC__

United States Bankruptcy Court for the: __Western District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/30/2025__
MM/ DD/ YYYY

X __/s/ Alex Sinno__
Signature of individual signing on behalf of debtor

__Alex Sinno__
Printed name

__Manager__
Position or relationship to debtor

Official Form B202  Declaration Under Penalty of Perjury for Non-Individual Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **A&F USA Properties, LLC**            CASE NO

                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **06/30/2025**     Signature                    **/s/ Alex Sinno**

                                                                   Alex Sinno, Manager

210 Action Recovery LLC
6923 Shadow Run
San Antonio, TX 78250-1735

Alex Sinno
25022 Earthstone Dr
San Antonio, TX 78258-2356

Capital Assist
323 Sunny Isles Blvd Ste 503
Sunny Isl Bch, FL 33160-4675

Dynasty Capital 26, LLC
9614 Metropolitan Ave
Forest Hills, NY 11375-6674

First Corporate Solutions
914 S St
Sacramento, CA 95811-7025

Harris County Tax Assessor Collector
1001 Preston St.
Houston, TX 77002

Internal Revenue Service
Austin Service Center
Attn Aur
Austin, TX 73301-0001

James Liebler
44 W. Flagler St.
Courthouse Tower 25th Floor
Miami, FL 33130

John James
c/o CT Lien Solutions
2929 Allen Pkwy Ste 3300
Houston, TX 77019-7112

Nissan
c/o Melissa Vest, Baker Donelson
1301 McKinney Street, Ste 3700
Houston, TX 77010

Richmond Capital Solutions
c/o Triton Recovery Group
3111 N University Dr Ste 604
Coral Springs, FL 33065-5060

SAR American Properties, LLC
c/o Alex Sinno
12258 I-35 Frontage Rd
San Antonio, TX 78233

Texas Auto Save LLC
c/o Alex Sinno
9410 Old Tezel Rd
San Antonio, TX 78254

Texas Comptroller of Public Account
Attn: Bankruptcy
Po Box 149359
Austin, TX 78714-9359

The Smeberg Law Firm
4 Imperial Oaks
San Antonio, TX 78248-1609

Westlake Capital Financials
4751 Wilshire Blvd Ste 100
Los Angeles, CA 90010-3847

# A & F USA PROPERTIES, LLC

## Manager's Resolution

# ARTICLE I.
## Recitals

Whereas the Managers of A & F USA PROPERTIES, LLC (the "Company"), acknowledge that the Company cannot continue operating under its current debt structure;

Whereas the Managers believe that filing a bankruptcy under Chapter 11 of the Bankruptcy Code to reorganize or liquidate the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Managers of the Company desire to authorize the Company's Manager, Alex Sinno to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Chapter 11 debtor;

Therefore, the Managers of the Company resolve as follows:

# ARTICLE II.
## Resolutions

1. The Managers resolve that the Company shall enter into a Chapter 11 Bankruptcy and Alex Sinno may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Managers resolve to retain and authorize Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF**, the Managers of A & F USA PROPERTIES, LLC have resolved as stated above and have caused their signatures, to be set forth below on this the 30th day of June 2025.

Approved:

By: _____
Alex Sinno, Manager

2